IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:99CR88-2 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL LYNN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The parties' stipulation (filing 173) is treated as the functional equivalent of a motion by the defendant seeking a reduction of sentence pursuant to the retroactive amendments to the "crack" Guidelines.

(2)   No later than May 5, 2008, the probation office shall provide the undersigned *and* counsel of record with a "Retroactive Sentencing Worksheet." If the officer requires additional time, a request may be made to the undersigned by e-mail. The Clerk's office shall provide the Probation Office with a copy of this order.

March 20, 2008.          BY THE COURT:

                         *s/Richard G. Kopf*
                         United States District Judge